FILED
2026 Oct-26 AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

ARTHUR BEN WILSON, JR., )
)
Plaintiff, )
)
v. ) Case No. 5:25-cv-01859-ACA-NAD
)
SHERIFF KEVIN TURNER, et al., )
)
Defendants. )

**MEMORANDUM OPINION**

The Magistrate Judge entered a report in August 2026, recommending that the court dismiss this action without prejudice for failure to prosecute because Plaintiff Arthur Ben Wilson, Jr. failed to comply with the court's order directing him, within fourteen days, to provide his current mailing address and advise the court whether he wished to continue prosecuting this action. (Doc. 14). In September 2026, the copy of the court's order directing the plaintiff to provide his mailing address mailed to the plaintiff was returned as undeliverable. (Doc. 15). In October 2026, the copy of the report mailed to the plaintiff was also returned as undeliverable. (Doc. 16).

After careful consideration of the record and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action without prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this October 26, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE